As noted before, defendant in his brief has admitted that plaintiff received an unsatisfactory evaluation on his job performance and was discharged as a result of such evaluation. Upon a review, we conclude that the allegations of Count III are sufficient to state a cause of action predicated on an alleged violation of 42 U.S.C. § 1983.

## VI.

For the reasons stated, the judgment of the trial court dismissing Counts I, II and III of plaintiff's second amended complaint is reversed and the cause remanded for further proceedings not inconsistent with this opinion.

Reversed and remanded.

McNAMARA, P. J., and DEMPSEY, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* WILLIAM WERHOLICK *et al.*, Defendants-Appellees.

(Nos. 60308-12 cons.;

First District (3rd Division)—December 19, 1974.

PER CURIAM.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Michael F. Baccash, Assistant State's Attorneys, of counsel), for the People.

No brief for appellees.